BENJAMIN B. WAGNER
United States Attorney
HENRY Z. CARBAJAL III
BRIAN W. ENOS
Assistant U.S. Attorneys
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
 United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:11-CR-00016-AWI |
| Plaintiff, | PRELIMINARY ORDER OF FORFEITURE |
| v. | |
| ABEL FABELA ZARAGOZA, | |
| Defendant. | |

    Based upon the plea agreement entered into between plaintiff United States of America and defendant Abel Fabela Zaragoza, it is hereby ORDERED, ADJUDGED, AND DECREED as follows:

    1.  Pursuant to 18 U.S.C. § 2323(b)(1), defendant Abel Fabela Zaragoza's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

        a.  Approximately 546 DVDs and 5,776 CDs seized from the home of Abel Fabela Zaragoza at 830 Brae Ave, Sacramento, CA 95838 on August 23, 2010, and

        b.  Approximately 12,523 CDs seized from Abel Fabela Zaragoza's rented storage unit at 4161 Pell Dr, Sacramento, CA 95838 on August 23, 2010.

1    2.   The above-listed assets constitute any article, the making
2 or trafficking of which is prohibited under 18 U.S.C. § 2318, is any
3 property used, or intended to be used, in any manner or part to
4 commit or facilitate the commission of an offense of 18 U.S.C. §
5 2318, and/or is property constituting or derived from any proceeds
6 obtained directly or indirectly as a result of the commission of a
7 violation of 18 U.S.C. § 2318.
8    3.   Pursuant to Rule 32.2(b), the Attorney General (or a
9 designee) shall be authorized to seize the above-listed property.
10 The aforementioned property shall be seized and held by the United
11 States Marshals Service and/or Federal Bureau of Investigation in
12 their secure custody and control.
13    4.   a.   Pursuant to 18 U.S.C. § 2323(b)(2)(A), incorporating 21
14 U.S.C. § 853(n), and Local Rule 171, the United States shall publish
15 notice of the order of forfeiture.  Notice of this Order and notice
16 of the Attorney General's (or a designee's) intent to dispose of the
17 property in such manner as the Attorney General may direct shall be
18 posted for at least 30 consecutive days on the official internet
19 government forfeiture site www.forfeiture.gov.  The United States may
20 also, to the extent practicable, provide direct written notice to any
21 person known to have alleged an interest in the property that is the
22 subject of the order of forfeiture as a substitute for published
23 notice as to those persons so notified.
24       b.   This notice shall state that any person, other than
25 the defendant, asserting a legal interest in the above-listed
26 property, must file a petition with the Court within sixty (60) days
27 from the first day of publication of the Notice of Forfeiture posted
28 on the official government forfeiture site, or within thirty (30)

Preliminary Order of Forfeiture

1  days from receipt of direct written notice, whichever is earlier.
2      5.   If a petition is timely filed, upon adjudication of all
3  third-party interests, if any, this Court will enter a Final Order of
4  Forfeiture pursuant to 18 U.S.C. § 2323(b)(1), in which all interests
5  will be addressed.

7  IT IS SO ORDERED.

8  Dated:    July 2, 2012
9                                    _____
                                      CHIEF UNITED STATES DISTRICT JUDGE