BENJAMIN B. WAGNER
United States Attorney
HENRY Z. CARBAJAL III
BRIAN W. ENOS
Assistant U.S. Attorneys
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
 United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:11-CR-00016-AWI |
| Plaintiff, | FINAL ORDER OF FORFEITURE |
| v. | |
| VICTOR PUGA QUIROZ, CARLOS BENAVIDEZ TEJEDA, ABEL FABELA ZARAGOZA, JOSE ALFREDO COLORADO MUNOZ, aka Alfredo Colorado, LUIS PUNTOS COAHUILAS, | |
| Defendants. | |

WHEREAS, on July 15, 2011, April 24, 2012, June 8, 2012, July 3, 2012, and August 1, 2012, the Court entered Preliminary Orders of Forfeiture, pursuant to the provisions of 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), based upon the plea agreements entered into between plaintiff and defendants Victor Puga Quiroz, Carlos Benavidez Tejeda, Abel Fabela Zaragoza, Jose Alfredo Colorado Munoz aka Alfredo Colorado, and Luis Puntos Coahuilas forfeiting to the United States the following property:

   a. The following items seized from the van
      of QUIROZ on November 16, 2010:

           i. Approximately 3,200 DVDs and 772 CDs,
          ii. Two Sony DVD players,
         iii. One Hitachi DVD player,
         iv. One Curtis DVD player,
          v. One Sony LCD flat screen television,

b. The following items seized from QUIROZ' residence at 1325 Ensenada Drive, Modesto, California on November 16, 2010:

           i. Approximately 5,043 DVDs and 202 CDs,
         ii. Approximately 3 CD and DVD disc replicators,
        iii. Approximately 950 blank CD and DVD media,
        iv. Approximately 3,793 CD and DVD cases,
         v. One Panasonic digital camera,

c. The following items seized from QUIROZ' residence at 207 N. Riverside Drive, Modesto, California on November 16, 2010:

           i. Approximately 8,701 DVDs and 69,638 CDs,
         ii. Approximately 5 CD and DVD disc replicators,
        iii. Approximately 100 blank CD and DVD media,
        iv. Approximately 1,770 CD and DVD cases,

d. Approximately 32,561 DVDs and 168,247 CDs seized from the warehouse at 360 Wooster Ave, San Jose, California on November 23, 2010,

e. The following items seized from the warehouse at 360 Wooster Ave, San Jose, California on November 23, 2010:

           i. CD and DVD cover artwork,
         ii. Approximately 10,450 blank CD and DVD media,
        iii. Approximately 15,096 CD and DVD cases,
        iv. seal bags and wrappers,
         v. Approximately 5 CD and DVD disc replicators,
        vi. HP Studio Jet 50 printer, serial number MY5A1122C,
       vii. HP Q2288L printer, serial number MY8985R1C7,
      viii. Epson Artisan 840 printer, serial number LJDY191711,
        ix. HP PhotoSmart Plus, serial number CN0F412P4,
         x. Gateway NV78 laptop computer, serial number LXWE802005942023A31601,
        xi. Compaq Presario 85000NX computer, serial

|     |      |                                                                                     |
| --- | ---- | ----------------------------------------------------------------------------------- |
|     |      | number MXK3350V0D,                                                                  |
|     | xii. | "Multi-media computer system" generic computer,                                     |
|     | xiii.| Approximately five internal and external hard drives,                               |
|     | xiv. | Two Thumb drives,                                                                   |
|     | xv.  | Approximately 142 DVD and CD master disks,                                          |
|     | xvi. | One generic, black Computer System,                                                 |
|     | xvii.| 2-Wire gateway router, serial number 301019093693,                                  |
|     |xviii.| One LG portable CD/DVD drive, serial number 009HKAT061664,                          |
|     | xix. | Approximately 12 cases of blank paper,                                              |
|     | xx.  | Approximately 5,000 plastic bags,                                                   |

      f.    Approximately 1060 DVDs and CDs seized from the minivan of Carlos Benavidez Tejeda on November 16, 2010,

      g.    Approximately 700 CDs seized from Carlos Benavidez Tejeda's rented storage unit at Superior Self Storage, Unit 8120, 1300 El Camino Avenue, Sacramento, California on December 13, 2010,

      h.    Approximately 546 DVDs and 5,776 CDs seized from the home of Abel Fabela Zaragoza at 830 Brae Ave, Sacramento, CA 95838 on August 23, 2010, and

      i.    Approximately 12,523 CDs seized from Abel Fabela Zaragoza's rented storage unit at 4161 Pell Dr, Sacramento, CA 95838 on August 23, 2010.

    AND WHEREAS, beginning on July 24, 2011, May 6, 2012, July 14, 2012, and August 4, 2012, for at least 30 consecutive days respective to each commencement date, the United States published notice of the Court's Orders of Forfeiture on the official internet government forfeiture site www.forfeiture.gov.  Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

FINAL ORDER OF FORFEITURE       3

1  AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), to be disposed of according to law, including all right, title, and interest of defendants Victor Puga Quiroz, Carlos Benavidez Tejeda, Abel Fabela Zaragoza, Jose Alfredo Colorado Munoz aka Alfredo Colorado, and Luis Puntos Coahuilas.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The Federal Bureau of Investigation shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated:   January 22, 2013

_____
SENIOR DISTRICT JUDGE